# EXHIBIT B

Shareably Media, LLC [US] | shareably.net/woman-adopted-age-58-inherits-cheap-apartment-owners-want-her-out/

# shareably

LIFE    ENTERTAINMENT    DIY    ANIMALS    FOOD



ADVERTISEMENT

*Source: Helayne Seidman*

**Shareably**




Life

# Woman Adopted At Age 58 'Inherits' $100-A-Month Apartment

*May 2nd, 2018*


By Cedric Jackson
Contributor at Shareably

## Renters know how high rates can be, so when they find a place that is affordable, they want to stay there for as long as possible.

One woman recently worked her way into an apartment that only costs $100 a month. Seems like a pretty good deal, right? She claims it is completely legit, but the owners of the apartment say otherwise.

ADVERTISEMENT

ADVERTISEMENT



Source: Helayne Seidman

## The reason she is staying in the apartment is that she was adopted at the age of 58 by an elderly man.

Was she manipulating this man, or did she really feel like his daughter? Maria
ly Nicholas DeTommaso by chance, but their

ADVERTISEMENT

DeTommaso became friends with elderly Nicholas DeTommaso by chance, but their friendship took off and she visited him often.

Mr. DeTommaso was a retired dock worker who was living in a rent-controlled apartment. Maria talked about how their friendship started. She said:

"I was living upstairs, and one day around Easter, he called me for breakfast. He had decorated the apartment, and he made french fries and eggs."



Source: The Real Deal

ADVERTISEMENT



ADVERTISEMENT



## Hot Pockets Satisfies

SPONSORED BY HOT POCKETS®

Hot Pockets are a hearty snack that will satisfy the hungriest kid. Give your kids the snack they'll love.

SEE MORE

## Things started rolling from there. Mr. DeTommaso decided to adopt Maria on his deathbed.

She assumed she would inherit his rent-controlled apartment and wanted to continue to live there for the amount he paid.

The landlords refused to allow it and took her to court. They wanted to charge her more rent. They battled over the apartment for 10 years. Eventually, the state's Division of Housing and Community Renewal said she can stay in the apartment.

Maria said:

"I'm very happy I won. This apartment has good karma, and I feel that Nicky loved me

ADVERTISEMENT

it's my home forever. The reason I won is that I

so much and totally protected me. Now it's my home forever. The reason I won is that I had to face some great obstacles and because I have such a big heart and I'm kind."



Source: Helayne Seidman

## Of course, the owners of the apartment complex think otherwise.

They think Maria is a con artist and say the one reason she won was that she was playing the system and being manipulative. The owner's daughter, Sara, said:

"We are frustrated. We just don't understand how she was awarded a rent-controlled apartment like this."

Similar apartments in the same building rent for $1,800 a month. The owners feel that they are losing money by allowing Maria to live there. The owners are so frustrated with the situation that they have posted the apartment complex for sale.

ADVERTISEMENT



Source: AOL

ADVERTISEMENT



ADVERTISEMENT



## They Have High Standards

**SPONSORED BY VITAL FARMS**

Vital Farms meets their needs with plenty of pasture, sunshine and room to roam.

SEE MORE

## Aside from getting the home so cheap, Maria also rents out her rooms to transients and people from all over the world for as little as $50 a night.

That means a lot of strangers are coming into the apartments where families are living. Maria claims that she didn't become Nick's daughter because she wanted his apartment. She claims that it just felt right. She explained:

"I never had the intention of staying here, and I tried to move Nicky to a seniors building on the waterfront, but in the end, he loved this place so much that I just couldn't leave."

She also claims that she helped care for Nicky before his death. She says she drove him

around town and took him to doctor's appointments. She became his power of attorney a short time before his death. She said:

"Nick was like a piece of vegetable as he could not walk or talk or understand any commands. His head was to his knees . . . it was a pitiful sight, and I felt sorry for him."



Source: Helayne Seidman

## It wasn't long after that that she was adopted.

When he died, he left everything to her. The apartment owner's felt like the apartment shouldn't have been part of the deal. Maria says that from the moment Nicky died, the owners were awful to her. She said:

"The day after Nicky died, they've done everything to try to evict me. I've endured a lot of harassment here, but no one can kick me out now. I'm a senior citizen now, and I plan to stay in my home forever."

ADVERTISEMENT

**Follow your friends or be the first to join our group**



### Shareably Community

Facebook Group · 7,558 members

Join Group

Join the Shareably Community for positive and uplifting
content in your Facebook newsfeed every day!

... See More



ADVERTISEMENT



Source: Maria DeTammaso

ADVERTISEMENT



## This Lady Needs Her Space

ADVERTISEMENT                    ΞORED BY VITAL FARMS

At Vital Farms, she gets 90 times more space than a Cage-Free hen. Outside. In a pasture.

<div style="border:1px solid #29a3d6; text-align:center; padding:10px;">SEE MORE</div>

If the owners have it their way, that won't be for long. They are hoping to sell the apartment complex soon. Even then, Maria doesn't feel obligated to leave, unless she is getting something out of it. Can anyone blame her?

Please **SHARE** this with your friends and family.

Source: NY Post

---



### Cedric Jackson

hi@shareably.net

Cedric Jackson is a contributor at Shareably.

---

ABOUT

PRIVACY POLICY

COOKIE POLICY

TERMS OF USE

DMCA

© 2019 Shareably Media, LLC. All rights reserved.

ADVERTISEMENT