# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____RICHARD  P  LIEBOWITZ_____, Bar # _____RL1234_____

was duly admitted to practice in the Court on

_____October 20, 2015_____

and is in good standing as a member of the Bar of this Court

Dated at       500 Pearl St.            On      _____September 11, 2019_____
               New York, New York


_____Ruby J. Krajick_____      By      *[signature]* Wayne Bowman
         Clerk of Court                                  Deputy Clerk