# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HELAYNE SEIDMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHAREABLY MEDIA, LLC,<br><br>　　　　Defendant. | Case No. 19-cv-05233-BLF<br><br>**ORDER REQUESTING JOINT STATUS REPORT OR VOLUNTARY DISMISSAL ON OR BEFORE DECEMBER 19, 2019** |

The Court has been informed that the Parties have settled this case. *See* ECF 17. Accordingly, the Court VACATES all pretrial and trial dates in this action and DIRECTS the Parties to file a dismissal of the action or a joint status report regarding the settlement **on or before December 19, 2019.**

**IT IS SO ORDERED.**

Dated: November 20, 2019

_____
BETH LABSON FREEMAN
United States District Judge