UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELAYNE SEIDMAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>SHAREABLY MEDIA, LLC<br><br>                    Defendant. | **STIPULATION OF SETTLEMENT DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>Case No.: 5:19-cv-5233-BLF |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, Helayne Seidman, and counsel for the Defendant, Shareably Media, LLC that all claims asserted in the above-captioned action have been settlement and are to dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs.

| | |
|---|---|
| /s/Richard Liebowitz | /s/ Bobby Ghajar (with permission) |
| Richard P. Liebowitz | Bobby Ghajar |
| | |
| Liebowitz Law Firm, PLLC | Cooley LLP |
| 11 Sunrise Plaza, Suite 305 | 1333 2nd St., Suite 400 |
| Valley Stream, NY 11580 | Santa Monica, CA 90401 |
| Tel: (516) 233-1660 | Tel: (310) 883-6404 |
| RL@LiebowitzLawFirm.com | bghajar@cooley.com |
| | |
| Dated: December 19, 2019 | Dated: December 19, 2019 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |