*APPROVED*
*Judge Beth Labson Freeman*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELAYNE SEIDMAN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SHAREABLY MEDIA, LLC<br><br>　　　　　　　　Defendant. | **STIPULATION OF SETTLEMENT DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>**Case No.: 5:19-cv-5233-BLF** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, Helayne Seidman, and counsel for the Defendant, Shareably Media, LLC that all claims asserted in the above-captioned action have been settlement and are to dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs.

| | |
|---|---|
| /s/Richard Liebowitz<br>Richard P. Liebowitz<br><br>Liebowitz Law Firm, PLLC<br>11 Sunrise Plaza, Suite 305<br>Valley Stream, NY 11580<br>Tel: (516) 233-1660<br>RL@LiebowitzLawFirm.com<br><br>Dated: December 19, 2019<br>*Attorneys for Plaintiff* | /s/ Bobby Ghajar (with permission)<br>Bobby Ghajar<br><br>Cooley LLP<br>1333 2nd St., Suite 400<br>Santa Monica, CA 90401<br>Tel: (310) 883-6404<br>bghajar@cooley.com<br><br>Dated: December 19, 2019<br>*Attorneys for Defendant* |

1